UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS KLEIN, KLEIN METALS, INC. and KLEIN ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MONY LIFE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | CASE NO. 2:17-cv-7003-RSWL-AS <br><br> **FINAL JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On May 30, 2018, the Court entered an order granting defendant MONY Life Insurance Company of America's ("MLOA") Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to F.R.C.P. 12(b)(6) without leave to amend (the "Order"). [ECF No. 56.]

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that:

1. Pursuant to the Court's Order [ECF No. 56], the Second Amended Complaint of Plaintiffs Ross Klein, Klein Metals, Inc., and Klein Enterprises Inc. ("Plaintiffs"), in its entirety, is DISMISSED WITH PREJUDICE; and

//

-1-
[PROPOSED] FINAL JUDGMENT

2. Defendant MONY Life Insurance Company of America is the prevailing party in this action and is entitled to recover costs from Plaintiffs.

IT IS SO ORDERED.

Dated: June 18, 2018

s/ RONALD S.W. LEW
Hon. Ronald S.W. Lew
United States District Court Judge